OCTOBER 13, 1981

No. 80–1958. LOUISIANA DAIRY STABILIZATION BOARD *v.* DAIRY FRESH CORP. ET AL. Affirmed on appeal from C. A. 5th Cir. THE CHIEF JUSTICE and JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.

No. 81–207. NEW RIVER CO. *v.* ROBINSON, CHIEF, WATER RESOURCES DIVISION, DEPARTMENT OF NATURAL RESOURCES OF WEST VIRGINIA. Appeal from Sup. Ct. App. W. Va. dismissed for want of substantial federal question.

No. 81–292. RUSSUM *v.* ESTATE OF RUSSUM. Appeal from Sup. Ct. Miss. dismissed for want of substantial federal question.

No. 81–364. HOLMES *v.* CITY OF LOS ANGELES. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.

No. 81–229. FRITO-LAY, INC. *v.* WISCONSIN LABOR AND INDUSTRY REVIEW COMMISSION ET AL. Appeal from Sup. Ct. Wis. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–5257. SCOTT *v.* VIRGINIA. Appeal from Sup. Ct. Va. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.